No. 01–7551. JIMENEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7552. MCBRIDE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7553. OWENS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7555. SPRY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–7559. SMALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7560. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7561. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7562. JIMENEZ-JAUREGUI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7563. LASTER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7564. LUNDGREN v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7565. LOGAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7566. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–7569. HAWLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7570. HAYDEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7577. JONES v. HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–7578. ROBERTSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.